DOUGLAS and MR. JUSTICE HARLAN dissent. *Leon Despres* for appellants.

No. 337. NORWOOD ET AL. *v.* KIRKPATRICK, CHIEF JUDGE, U. S. DISTRICT COURT. Certiorari, 348 U. S. 870, to the United States Court of Appeals for the Third Circuit. The motion for leave to file brief of Dining Car Employees Union, as *amicus curiae*, is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

No. 357. MANEJA ET AL. *v.* WAIALUA AGRICULTURAL Co., LTD.; and

No. 358. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. Certiorari, 348 U. S. 870, to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file supplemental brief on behalf of the Secretary of Labor, as *amicus curiae*, in response to brief filed by the American Farm Bureau Federation is granted. *Solicitor General Sobeloff, Stuart Rothman* and *Bessie Margolin* for movant.

No. 470, Misc. IN RE JUDD. Motion for leave to file petition for writ of certiorari denied.

No. 561. DISTRICT OF COLUMBIA *v.* RANDLE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, Milton D. Korman* and *Harry L. Walker* for petitioner. *Alvin L. Newmuer* and *Alvin L. Newmuer, Jr.* for respondent.